OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401682 SEP. 29. 2015

9/22/2015
ANDERSON, RODNEY YOUNG Tr. Ct. No. 09-07-07255-CR(1)   WR-82,828-01
On this day, the supplemental clerk's record, in response to the order issued by this
Court, has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
CELL FUND NOT REQUIRED, TDD
NO LONGER AT THIS ADD.
UNAUTHORIZED
NO GREETING CARDS

RODNEY YOUNG ANDERSON
- TDC # 1621165
C/O MONTGOMERY CO SHERIFF
TOMMY GAGE
#1 CRIMINAL JUSTICE DR.
CONROE, TX 77301

B/W STATE
DD 170